UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(Western Division)

| | | |
|---|---|---|
| ESTATE OF THOMAS LEON LEESE, | * | CASE NO. 3:19-cv-358 |
| Plaintiff, | * | JUDGE Walter H. Rice |
| vs. | * | |
| VILLAGE OF UNION CITY, OHIO, et al. | * | **ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY** |
| Defendants, | * | |

This matter came before the Court on the 23rd day of August, 2022 upon Plaintiff's Motion for Substitution of Plaintiff. For good cause shown, the Motion is hereby GRANTED. The Case Caption for Plaintiff is hereby retitled as "The Estate of Thomas Leon Leese".

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Jared B. Chamberlain*
Jared B. Chamberlain (0090785)
SHIPMAN, DIXON &
LIVINGSTON CO., L.P.A.
215 West Water Street
Troy, Ohio 45373
Telephone: (937) 339-1500
Facsimile: (937) 339-1519
Email: jchamberlain@sdl-law.com
Attorney for Plaintiff

SHIPMAN DIXON & LIVINGSTON CO. LPA